UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

UNITED STATES OF AMERICA    )
        )    Case No. 4:09-cr-19
v.        )
        )    MATTICE / LEE
FOSTER DAVIS, JR.    )
        )

# O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Counts Two and Three of the
four-count Indictment; (2) accept Defendant's plea of guilty to Counts Two and Three of the
Indictment; (3) adjudicate Defendant guilty of the charges set forth in Counts Two and Three of the
Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5)
find Defendant shall remain in custody until sentencing in this matter [Doc. 51].  Neither party filed
a timely objection to the report and recommendation.  After reviewing the record, the Court agrees
with the magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and
**ADOPTS** the magistrate judge's report and recommendation [Doc. 51] pursuant to 28 U.S.C. §
636(b)(1) and **ORDERS** as follows:

(1)    Defendant's motion to withdraw his not guilty plea to Counts Two and Three of the
Indictment is **GRANTED**;

(2)    Defendant's plea of guilty to Counts Two and Three of the Indictment is
**ACCEPTED**;

(3)    Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts Two and

Three of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Monday, August 16, 2010 at 9:00 a.m.** before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

                */s/Harry S. Mattice, Jr.*
                HARRY S. MATTICE, JR.
              UNITED STATES DISTRICT JUDGE